UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                               )

Kotulski, Melissa A., *pro se*    )
                               )

v.                                )      Civil Action No. ##
                               )

Mirabelle, Anthony           )
_____

OCT 18 2023 AM11:01
FILED-USDC-CT-HARTFORD

## PLAINTIFF'S COMPLAINT

### NATURE OF THE ACTION

1. Anthony P. Mirabelle has infringed on Melissa A. Kotulski's copyright and he has used the copyright without seeking a license even though he was given notice to report his use and to pay for said use. To further incentivize his reports, Mirabelle was also given the opportunity to report on the use of the term by others and be given a "finders" fee for such use.

### JURISDICTION AND VENUE

1. 28 U.S.C. §1331 for all claims. 28 USC §1367 for state law claims.

### PARTIES

2. Plaintiff Melissa A. Kotulski (Plaintiff) is a natural person born on March 29, 1978 with an address of 99 Robbins Drive, Wethersfield, Connecticut, 06109. She is the President of International Attestations, LLC of the same address.

3. Defendant Anthony P. Mirabelle (Defendant) is a natural person born on October 12, 1983 with an address of 107 Royal Crest Drive of Prospect, Connecticut, 06712.

### FACTS

4. This is a tale of a Defendant who has repeatedly made promises to the Plaintiff, whether to provide payments and blogposts, and Defendant not complying or becoming further adversarial on the matter. As a result of

interactions with Defendant on November 1, 2022, Plaintiff developed a term of art for a girthy penis—"Gigantor". On November 16, 2022, she reduced that term of art to written form in a text message. Ex.1, Ex.2, Ex.3. During that email exchange, Defendant promised to marry Plaintiff. Ex.1, Ex.2. On October 2, 2023, Plaintiff sought to register the term of art and asked permission from Defendant on several occasions throughout the day. Defendant and Plaintiff had spoken on the phone several times a day for several months, such immediate response was not unreasonable.

5. On October 2, 2023 at 6:40 p,m, Plaintiff sent an email to Defendant requesting that he submit any and all use of the term of art "Gigantor" with anyone other than the Plaintiff by October 11, 2023. She re-submitted this request on October 5, 2023 at 8:38 p.m. He refused to comply by October 11, 2023, as a result, she initiated this suit.

6. Even when Mirabelle used the term in private, it has not been fair use. Due to his large surveillance, public and private, speaking the term of art by Mirabelle is sufficient for doing so with a substantial number of persons outside a normal circle of a family and acquaintances to consider it performative. And where those conducting such surveillance have utilized the term, they too may be liable in copyright for damages for infringement. See 17 U.S.C. 501(a) (the term "anyone" includes any State, any instrumentality of a State, and any officer or employee of a State or instrumentality of a State acting in his or her official capacity…[and they] shall be subject to the provisions of this title in the same manner and to the same extent as any nongovernmental entity."). Indeed, such a taking is not being litigated in this case per se, however, should a John or Jane Doe come forth, Kotulski hopes that they equitably reimburse her for her intellectual property. 17 U.S.C. 112 & 114; U.S. Const. Amend. V, Cl. 9. As such, Mirabelle's spoken use also infringes on the copyright and merits an unlicensed use claim.

2

## CAUSES OF ACTION

### COUNT 1:  COPYRIGHT INFRINGEMENT, 17 U.S.C. 501; 17 U.S.C. 504

7.  Anthony P. Mirabelle is infringing on Melissa A. Kotulski's copyright by using the term of art "Gigantor" in written and spoken forms without permission from the Plaintiff-author.

### COUNT 2:  UNLICENSED USE OF A COPYRIGHT

8.   Anthony P. Mirabelle has used the term of art "Gigantor" in written and spoken forms without seeking a licensing agreement from the author-Plaintiff.

### PRAYER FOR RELIEF

9.  Seeking a list of all the parties who Anthony P. Mirabelle knows has used the term of art, whether with him or without him, whether female or male.

10. Providing $50 finders fee for each past, present, and future instance on the list, to be distributed upon payment by the other party

11. Seeking $100 payment for each individual use by Mirabelle himself or in conjunction with another in his presence.

12. Should the use be conducted in a film, internet, or other media industry without licensing or agreement, then $10,000 shall be sought from each instance arising from a filmmaking company, internet company or other media company.  If Mirabelle knows of such use and shares it with Kotulski, she will give him $5000 of the licensing fee upon payment by the company.

13. Should unauthorized use of such term be discovered, treble damages shall be sought from the company ($30,000) or the individual ($300).  Should Anthony P. Mirabelle be complicit in such use, treble damages will also be sought from him, whether for use by a company ($300,000) or an individual ($300).

14. Since Mirabelle has refused to make a list, Plaintiff is seeking payment for estimated usage of at least three times a day by him.  i.e. as of October 10,

3

2023, 344 days after development of the term of art, it would be an $103,200 award.

## **JURY DEMAND**

15. Plaintiff demands a jury trial.

> PLAINTIFF,
>
> MELISSA A. KOTULSKI
>
> By____/s/ Melissa A. Kotulski____
>
> 99 Robbins Drive
>
> Wethersfield, Connecticut 06109
>
> Tel: (860) 721-8833

## DECLARATION UNDER PENALTY OR PERJURY

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. §1746; 18 U.S.C. §1621.

Dated: October 18, 2023                    /s/ Melissa A. Kotulski_____
                                                            MELISSA A. KOTULSKI

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document will be served by **certified mail** to:

Anthony P. Mirabelle
107 Royal Crest Drive
Prospect, CT 06712

Dated: October 18, 2023                    /s/ Melissa A. Kotulski_____
                                                            MELISSA A. KOTULSKI