UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kotulski, Melissa A., *pro se* ) | |
| ) | |
| v. ) | Civil Action No. 3:23-cv-01368-JAM |
| ) | |
| Mirabelle, Anthony ) | |

NOTICE OF COMPLIANCE WITH PRETRIAL ORDER

      Now come Plaintiff, Melissa A. Kotulski, to affirm compliance with pre-trial orders from docket #7 (Electronic Filing Order) and #9 (Standing Protective Order regarding confidentiality). An email was sent to Officer Tory Marsden of the Prospect, Connecticut Police Department to transmit to Anthony P. Mirabelle with a series of deadlines included (addressing waiver; scheduling conference; confidentiality order). Ex. 1-2. There was no deadline sought at this time for the informal discovery of the two relevant lists sought by Kotulski from Defendant, Anthony P. Mirabelle. Further, to show good faith settlement aspirations, Kotulski also shared expenses to this time. Ex.3.

                                                              Respectfully submitted,

Dated: October 23, 2023        By:   /s/ Melissa A. Kotulski
                                                         MELISSA A. KOTULSKI

LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I attempted to confer with Defendant through Prospect Police Department, neither was responsive.  Plaintiff asked if email service was sufficient

INTERNATIONAL ATTESTATIONS, LLC



PO Box 290016, Wethersfield, CT 06129       melissa@internationalattestations.com
Phone:  (860) 721-8833

to this time, and Officer Marsden—the Prospect Representative for the Mirabelles and the Town—has said nothing. Hence their desire to increase court costs.

Dated: October 23, 2023                    /s/ Melissa A. Kotulski
                                           MELISSA A. KOTULSKI


CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document will be served by **certified mail** to:

Anthony P. Mirabelle
c/o Officer Tory Marsden
Prospect Police Department
8 Center Street
Prospect, Connecticut 06712

Dated: October 23, 2023                    /s/ Melissa A. Kotulski
                                           MELISSA A. KOTULSKI

INTERNATIONAL ATTESTATIONS, LLC



PO Box 290016, Wethersfield, CT 06129      melissa@internationalattestations.com

Phone: (860) 721-8833

EXHIBIT 1:  EMAIL TO OFFICER MARSDEN TO ADMINISTER TO ANTHONY P. MIRABELLE CONCERNING WAIVER OF SERVICE, CONFERENCE, INFORMAL DISCOVERY, AND CONFIDENTIALITY ACKNOWLEDGMENT (October 23, 2023 at 8:29 a.m.)

Dear Officer Marsden:

I write for three reasons: 1. waiver of service; 2. conference; 3. informal discovery commencement; and 4. Confidentiality Acknowledgment

WAIVER:  I seek a waiver of service from Anthony P. Mirabelle, pending transmission of the summons by the Court in the above-captioned case.

Unless directed otherwise, I will be sending this waiver request to your address, as you have made clear that you are the only representative that the town of Prospect permits me—as a *pro se* plaintiff in a federal case—correspondence with the Anthony P. Mirabelle.  Please let me know by COB today, October 23, 2023, to whom I shall address such a fee waiver.

CONFERENCE:  Further, I will likely be asking the court to compel a 16(b) conference with Mirabelle to attempt compliance with the Court's deadlines in Docket Number 8 of the above-captioned case (Amended Pleadings due by 12/17/2023; Discovery due by 4/18/2024; Dispositive Motions due by 5/23/2024).  Unless Mirabelle is willing to do so ahead of that motion.  He has until COB tomorrow, October 24, 2023, to schedule a conference with me.

INFORMAL DISOVERY:  Finally, because informal discovery is encouraged by the court pursuant to Order in Docket #7 of the Above Captioned Case, I ask for the following

1. a dated list of his use of the term of art (whether written or spoken) in discussion with number of instances and audience members (seen or unseen) who heard or read the term of art; and
2. a dated list of users of the term of art (whether spoken or written) in discussion in the complaint, an enumeration of number of instances that term was used, and a list of audience members (seen or unseen).

Below please find two suggested methods of submission for lists 1 & 2.

Possible method of submission for List 1

| Date of Use | # of instances | Others in Attendance of Each Instance |
|---|---|---|
|  |  |  |

## INTERNATIONAL ATTESTATIONS, LLC



PO Box 290016, Wethersfield, CT 06129     melissa@internationalattestations.com

Phone:  (860) 721-8833

| 12/1/2022 | 3 | Dominick Mirabelle (3 instances) |
|---|---|---|

Possible method of submission for List 2

| Date of Use | Name of User | # of Instances Used | Others in Attendance of Each Instance |
|---|---|---|---|
| October 8, 2023 | Paula Mirabelle | 10 | Dominick Mirabelle (10 instances), Louis Mirabelle (7), Rocky Mirabelle (5) |

CONFIDENTIAL ORDER:  Please find the confidentiality acknowledgment required for the Court.  Please have Mirabelle sign and return to me by noon on Friday, October 27, 2023.

As a word of caution, I suggest that the use of the term of art in discussion cease and desist until this is settled.  In order to do so, I suggest all parties and observers refer to it as the "term of art in discussion in the Kotulski v. Mirabelle case."

Thank you for your attention to these requests.

Sincerely yours,

Melissa A. Kotulski
President
International Attestations, LLC
Phone: (860) 721-8833
https://internationalattestations.com/blog

INTERNATIONAL ATTESTATIONS, LLC



PO Box 290016, Wethersfield, CT 06129    melissa@internationalattestations.com
Phone:  (860) 721-8833

ATTACHMENTS WERE INCLUDED:  DOCKET #1 (COMPLAINT), WAIVER OF SERVICE FORM, & CONFIDENTIALITY ACKNOWLEDGMENT (DOCKET #9 COMPLIANCE)

INTERNATIONAL ATTESTATIONS, LLC



PO Box 290016, Wethersfield, CT 06129   melissa@internationalattestations.com

Phone:  (860) 721-8833

EXHIBIT 2:  CONFIDENTIALITY ACKNOWLEDGMENT

Anthony P. Mirabelle

 I, Anthony P. Mirabelle, have been informed by counsel that certain documents or information to be disclosed to me in connection with the matter entitled <u>Kotulski v. Mirabelle</u> have been designated as confidential.  I have been informed that any such documents or information labeled "CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER" are confidential by Order of the Court.

 I hereby agree that I will not disclose any information contained in such documents to any other person.  I further agree not to use any such information for any purpose other than this litigation.

Signature:_____

   Anthony P. Mirabelle

Dated:  _____

Signed in the Presence of:  _____

INTERNATIONAL ATTESTATIONS, LLC



PO Box 290016, Wethersfield, CT 06129     melissa@internationalattestations.com
Phone:  (860) 721-8833

EXHIBIT 3. NOTICE OF CASE EXPENSES TO THIS TIME

Melissa Kotulski
ofcmarsden@prospectpolice.org
FROM MELISSA@INTERNATIONALATTESTATIONS.COM
9:51 A.M. ON 10/23/2023


Dear Officer Marsden:

Kindly forward the following to Anthony P Mirabelle at your earliest convenience.

Thank you for your continued patience with this matter.

Sincerely yours,

Melissa A. Kotulski
President
International Attestations, LLC
Phone: (860) 721-8833
https://internationalattestations.com/blog

Dear Mr. Mirabelle:

I will also be seeking expenses concerning the case.

To date, without the rest of this week's expenses, it is $1594.24 (Fifteen Thousand Five Hundred and Ninety-Four Dollars and Twenty-Four Cents) (see details below).  There may be a few other expenses rolled in, but these seem like reasonable line items to this time.

I strongly urge that you seek settlement rather than continue to waste court and my resources.

Thank you for your attention to this matter.  And as always, you are always welcome to reach out to me whenever you can.

Kindly,

Melissa A. Kotulski
President
International Attestations, LLC
Phone: (860) 721-8833
https://internationalattestations.com/blog

## INTERNATIONAL ATTESTATIONS, LLC



PO Box 290016, Wethersfield, CT 06129      melissa@internationalattestations.com
Phone:  (860) 721-8833

Expenses for the Case (to date) (Draft Submitted Every Week until case is closed)

| Date | Expense Detail | Amount | Running Tally |
|---|---|---|---|
| 10/2/2023-10/18/2023 | Time expended trying to obtain information from Anthony P. Mirabelle<br>2 hours on the 2nd<br>2 hours on the 5th<br>2 hours on the 13th | $300 | |
| 10/2/2023-10/18/2023 | Development of the Complaint<br>5 hours | $250 | $550 |
| 10/18/2023-10/24/2023 | Filing, Development of motions and Court Documents<br>20 hours | $1000 | $1550 |
| 10/18/2023-10/24/2023 | Mailings & Notary Paula, Paulamar, & Emily mailing; In forma Pauperus Notary; Affidavit for affirming details of motion for explanation of Rule 7.1 (2) | 15.03; 5; 10<br><br>$30.03 | $1580.03 |
| 10/18/2023-10/24/2023 | Mileage<br>To and from Court<br>To and from clerk of town (3)<br>To and from post office | $14.2135 | $1594.24 |

## INTERNATIONAL ATTESTATIONS, LLC



PO Box 290016, Wethersfield, CT 06129    melissa@internationalattestations.com

Phone:  (860) 721-8833

|  | 9.1; 2.3 x 2; .8 = 21.70 |  |  |
|---|---|---|---|
|  |  |  |  |
| 10/18/2023-10/24/2023 | Total | $1594.24 | $1594.24 |