UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kotulski, Melissa A., *pro se* ) | |
| ) | |
| v.  ) | Civil Action No. ## |
| ) | |
| Mirabelle, Anthony ) | |

NOTIFICATION

Dear Judge Meyer:

Due to an unfortunate set of events, Docket #19 and #20 have only been emailed to Officer Marsden. They will be sent certified mail no later than Monday, October 30, 2023. Officer Marsden and his superior, State Trooper Vandeventer, have not been cooperative concerning accepting email service rather than mail service on behalf of Anthony P. Mirabelle.

Also of note, Kotulski sent a cease-and-desist letter to Mirabelle via the Prospect Police Department. Ex. 1. She hopes it shows that she in good faith wants to remain as civil as possible with Anthony.

Thank you for your attention to this note.

Sincerely yours,

Melissa A. Kotulski

INTERNATIONAL ATTESTATIONS, LLC



PO Box 290016, Wethersfield, CT 06129        melissa@internationalattestations.com
Phone:  (860) 721-8833

**From:** Melissa Kotulski <melissa@internationalattestations.com>
**Sent:** Wednesday, October 25, 2023 3:49 PM
**To:** timothy.vandeventer@ct.gov <timothy.vandeventer@ct.gov>
**Subject:** CONFIDENTIAL: Please Forward Along to Anthony

Dear Trooper Vanventer:

I need to get this cease and desist letter to Anthony as I proceed to submit a response to an order that is likely due on October 31, 2023.

I ask that you please not read it and either get it to his attorney or to him directly.  It is not a personal outreach, exactly, though there are tendrils of personal details involved.

Thank you for your kind attention to this matter.

Have a wonderful day,

Melissa A. Kotulski
President
International Attestations, LLC
Phone: (860) 721-8833
https://internationalattestations.com/blog


Cease & Desist Letter to Anthony P. Mirabell

Dear Mr. Mirabelle:

As you are aware, I am suing you in the U.S. District Court of Connecticut for copyright infringement and licensing violation.  My intention is not to seek criminal infringement, merely obtain remuneration for the use of my term of art.

As you may be aware, 17 U.S.C. §506(a) says that "[a]ny person who infringes a copyright willfully and for purposes of commercial advantage or private financial gain" may be punished under 18 U.S.C. §2319(b).  The punishment is pretty drastic: fines and imprisonment and such.

Please rest assured, I am in good faith hoping to ensure that you are not criminally charged.

I can't promise the same for anyone else.

INTERNATIONAL ATTESTATIONS, LLC



PO Box 290016, Wethersfield, CT 06129      melissa@internationalattestations.com
Phone:  (860) 721-8833

With the grace and beneficence of the various federal agencies that work to protect copyrights (especially the Federal Bureau of Investigation and the U.S. Copyright Office).

I am unaware of how frequently you actually used the term of art.  But I am certain that you did, perhaps as early as November 2022.  And your lack of response led me to the well-through out enumeration based on how frequently you used it with me.  I warned you of this enumeration before submitting the complaint to the Court.

I am highly averse to making *ex post facto* laws, rules, regulations or other legal bases for criminally charging someone, however.  I have sought registration of the Copyright in early October, though it was published in November 2022 and, upon registration, I do have the right to seek remuneration from use as far back as that first one.  However, I did not seek that right until October.

You should also note that, to this time, I have not filled out a presentence victim's report required under Fed. R. of Crim. Proc. 32(c).  I believe that making me or anyone else do so before you and I speak or negotiate is entrapment by criminal authorities as well as allowing some parties to misuse public resources as a means for unfair trade practices that stultify business growth.

Even though you have given me nothing to this time.  I affirmatively state that you have repeatedly been predisposed to negotiate business contracts with me up until September 30, 2023.  And I have been ever-grateful for your just manner of making such determinations.

As such, I strongly urge that you cease using the term of art (Gigantor) until we have reached an agreement.

Thank you for your attention to this note.  I hope this persuades you to begin negotiating.  And remember, you are always welcome to stay with me if you are in a dangerous spot.  My door, email correspondence, and phone lines are always open to you.  Since March 2022, that has been the case.

Sincerely yours,


Melissa A. Kotulski
President