UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELISSA A. KOTULSKI
    Plaintiff

    v.                                                                           3:23cv1368 (JAM)
ANTHONY MIRABELLE
    Defendant

## J U D G M E N T

This matter came on before the Honorable Jeffrey A. Meyer, United States District Judge, as a result of plaintiff's complaint filed against defendant, Mirabelle.

The Court has reviewed all of the papers filed in conjunction with the Complaint. On October 31, 2023, the court entered an Order dismissing plaintiff's Complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B).

Therefore, it is ORDERED, ADJUDGED and DECREED that the complaint is dismissed, and the case is closed.

Dated at New Haven, Connecticut, this 31st day of October, 2023.

                                                               Dinah Milton Kinney, Clerk

                                                               By /s/ Diahann Lewis
                                                                          Deputy Clerk

ENTERED ON DOCKET 10/31/2023