# United States District Court for the District of Connecticut

Case Number: __3:23-cv-01368-JAM__

Melissa A. Kotulski

_____

*List the full name(s) of the plaintiff(s)/petitioners(s)*

v.

**NOTICE OF APPEAL**

Anthony Mirabelle

_____

*List the full name(s) of the defendant(s)/respondent(s)*

Notice is hereby given that __Melissa A. Kotulski__ in the above-
*List the names of all parties who are filing an appeal*

named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

[✓] final judgment entered in this action on __October 31__
                                              *Date Entered*

**OR**

[✓] order #( __27, 18__ ) entered in this action on __October 31, 2023__ described as:
                                                   *Date Entered*

> Substantial similarity of a Copyright is the point of contention between the Court & the Plaintiff. Other copyright is not even in contention with Plaintiff's. The judge never provided opportunity to be heard, & avoided the constitutional question concerning IFP. Further, the judge, like most in the CTD, did not allow for any conciliatory mechanisms between Plaintiff & Defendant, resultant of the problem with local rules on the matter, discoursing consultation & trickling into the approaches of the state. Judge should have been Bridge-based for neutrality btwn parties.

*(Provide a brief description of the decision in the order/judgment)*

October 31, 2023

_____                      _____
*Date*                                           *Signature*

Kotulski, Melissa A.

_____
*Name (Last, First, MI)*

99 Robbins Drive, Wethersfield, CT 06109

_____         _____         _____
*Address*                *City*              *State*

(860) 721-8833                               melissa@internationalattestations.com

_____                              _____
*Telephone*                                  *E-mail Address (if available)*

*See Rule 3(c) for permissible ways of identifying appellants. Attach additional pages as necessary.

**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4 (c)(1), complete Form 7 (declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*

Rev. 11-16-22