# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Kotulski v. Mirabelle | **DISTRICT**<br>Connecticut (New Haven but really Hartford) | **DOCKET NUMBER**<br>3:23-CV-01368-JAM |
| | **JUDGE**<br>Meyer | **APPELLANT**<br>Melissa A. Kotulski |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT**<br>n/a |

**Check the applicable provision:**

[x] I am ordering a transcript.
[x] I am not ordering a transcript.

**Reason for not ordering a transcript:**

[ ] Copy is already available
[x] No transcribed proceedings
[ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

Proceeding pro se IFP

**METHOD OF PAYMENT**  [ ] Funds  [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

[x] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
[ ] PREPARE TRANSCRIPT OF TRIAL
[ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
[ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

Melissa A. Kotulski
99 Robbins Drive
Wethersfield, CT 06109

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>*/s/* | DATE<br>October 31, 2023 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017