INTERNATIONAL ATTESTATIONS, LLC



PO Box 290016, Wethersfield, CT 06129    melissa@internationalattestations.com
Phone:  (860) 721-8833

October 31, 2023

Honorable Jeffery Alker Meyer
U.S. District Court
District of Connecticut
450 Main Street, A012
Hartford, CT 06103
Re:  Appeal of 3:23-cv-01368-JAM (Kotulski v. Mirabelle)

Dear Judge Meyer and all of the clerks who participated in this case,

Thank you for your consideration of the materials to this time.  I hope that the appellate court timely considers and dispenses with the claims in a manner that is favorable to my case.

The issues that I will be considering are:

1. 1915 statement of a claim:  Substantial Similarity not existent as between my Gigantor and the Gigantor presented in previous copyrights;
2. Obfuscatory standards – presenting another standard after 1915 order was submitted
3. 16(a) Hearings applicability at earlier stages of the proceedings;
4. Whether consultation rules at the District Court of Connecticut are too adversarial;
5. Judicial Assignments & neutrality as between parties;
6. opportunity to be heard;
7. constitutional question concerning IFP; and
8. any other matter that may arise through research in the next couple weeks (I will do my best to notify of these matters).

Any guidance and words of wisdom that you have along the way are welcome, to the extent that you are able.  Best wishes with your docket.

Sincerely yours,


Melissa A. Kotulski
President
International Attestations, LLC
Phone: (860) 721-8833
https://internationalattestations.com