UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kotulski, Melissa A., *pro se* ) | |
| ) | |
| v. ) | Civil Action No. 3:23-cv-01368-JAM |
| ) | |
| Mirabelle, Anthony ) | |

### NOTICE OF OFFER OF SETTLEMENT PROCESS WITH DEFENDANT

To Judge Meyer and the Clerk of Court

Now come Plaintiff, Melissa A. Kotulski, to give notice to the Court that she again has reached out to the Defendant in an attempt for conciliation. Ex.1. Given the Defendant's lack of response, should this continue beyond the summons stage, Kotulski would seek a default judgment against the Defendant to include fees and costs.

Respectfully submitted,

Dated: October 31, 2023    By:    PLAINTIFF,
MELISSA A. KOTULSKI

By     /s/ Melissa A. Kotulski

99 Robbins Drive

Wethersfield, Connecticut 06109

Tel: (860) 721-8833

## EXHIBIT 1. EMAIL WITH SETTLEMENT PROCESS PROPOSAL

**From:** Melissa Kotulski <melissa@internationalattestations.com>
**Sent:** Tuesday, October 31, 2023 11:34 PM
**To:** ofcmarsden@prospectpolice.org <ofcmarsden@prospectpolice.org>
**Subject:** Fees & Expenses

Hi Officer Marsden:

Please forward the following along to Anthony.

Thank you for your attention to this matter.

Best wishes,

Melissa A. Kotulski


Dear Anthony:

Please find the fees and expenses to this time—excluding filing fees that the Court may ask you to pay.  This includes my legal fees, legal search fees, mailings/notaries, and mileage.

| 10/18-10/31/2023 | Total | $2842.07 | $2842.07 |

I imagine that your attorney is not cheap either.

Perhaps we might seek a compromise beginning with my proposed amount in the complaint ($103,200) (assuming there is no other infringement besides your own, of course)?  This offer is good until November 7, 2023, midnight.

Cordially,

Melissa A. Kotulski

President

International Attestations, LLC

Phone: (860) 721-8833

https://internationalattestations.com/blog