# UNITED STATES DISTRICT COURT
## District of Connecticut

Kotulski
_____
*Plaintiff*

v.

Mirabelle
_____
*Defendant*

Case No. 3:23-cv-01368-JAM

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

November 5, 2023
_____
*Date*

_____
*Filer's signature*

Melissa A. Kotulski
_____
*Printed name*

99 Robbins Drive
_____
*Address*

Wethersfield, CT 06109
_____
*City, State, Zip Code*

(860) 721-8833
_____
*Telephone number*

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, November 6, 2023, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

List here: Anthony P. Mirabelle
c/o Officer Tory Marsden
Prospect Police Department
8 Center Street
Prospect, CT 06712

_____
*Filer's signature*

Rev. 8/11/15