UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| Kotulski, Melissa A., *pro se* ) | |
| ) | |
| v. ) | Civil Action No. 3:23-cv-01368-JAM |
| ) | |
| Mirabelle, Anthony ) | |

MOTION FOR RECONSIDERATION OF MOTION TO CORRECT THE JURISDICTION: HARTFORD

Come now the Plaintiff, Melissa A. Kotulski, to respectfully submit for reconsideration to correct the record to accurately reflect the filing jurisdiction.

Although Defendant, Anthony Mirabelle, has yet to be given the opportunity to present counsel in this case, his family has hired Gregory Cerritelli to represent them. Gregory Cerritelli has affiliations with Connecticut Judge Tara Knight, who is married to Hugh Keefe, a long time Yale trial advocacy professor. Kotulski has filed a complaint against Attorney Cerritelli, who has several affiliations within the law enforcement community. As a result of this complaint, around October 18, 2023, the time of the filing of this case, Kotulski sent a litigation hold to Judge Knight and let Attorney Keefe know of her intention to potentially seek information about Attorney Cerritelli. Kotulski believes that within these networks there may have been a conflict of interest in Judge Jeffrey Alker Meyer's assignment to this case. Although, it may merely be as coincidental as the name of F. Meyer Mirabelle cognac for all parties involved.

Further, Attorney Cerritelli's affiliations may have bearing on this case because of his likely representation of the proposed Defendants in the pending and likely pendant case against Defendant's parents, Paula and Dominick Mirabelle—a very well-connected family in the Waterbury area (Prospect). Finally, geographic considerations are at play as Hartford—the

1

State's capitol—is closer to Wethersfield, Kotulski's home,[1] while Prospect is far closer to New Haven than Hartford. Dkt.46 at FN1.  Should in person sessions be required, whether *in camera* or otherwise, there is an added burden placed upon the Plaintiff that the Defendant does not incur.

Kotulski is happy to provide a Memorandum of Law on the matter should the Court request it.  She only asks for a deadline on or after Wednesdays.

WHEREFORE Kotulski respectfully requests that the Court update the record to reflect Hartford as the jurisdiction through which the case arises to the U.S. Appellate Court for the Second Circuit.

Respectfully submitted,

Dated: November 14, 2023

By:   PLAINTIFF,
MELISSA A. KOTULSKI

By    /s/ Melissa A. Kotulski

99 Robbins Drive

Wethersfield, Connecticut 06109

Tel: (860) 721-8833

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document will be served by **certified mail** to:

Anthony P. Mirabelle
c/o Officer Tory Marsden
Prospect Police Department
8 Center Street
Prospect, Connecticut 06712

Dated: November 14, 2023

/s/ Melissa A. Kotulski
MELISSA A. KOTULSKI

---

[1] Kotulski went to Trinity College in Hartford, and Yale, Judge Meyer's Alma Mater, is in New Haven, a former capitol of Connecticut.

2