UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| Kotulski, Melissa A., *pro se* | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-cv-01368-JAM |
| | ) | |
| Mirabelle, Anthony | ) | |

NOTICE TO COMPLIANCE WITH PRETRIAL ORDER REGARDING EMAILS TO THE COURT

Come now the Plaintiff, Melissa A. Kotulski, to respectfully notify the District Court that she is being compliant with a pretrial order concerning outreach to the Court that stem in large part from issues concerning the upload of documents to PACER on November 14 and 15, 2023.

At about 9:30 p.m. on November 14, 2023, Kotulski attempted to upload the Motion for Reconsideration of Motion to Correct the Jurisdiction: Hartford. Dkt.53. She received an error message claiming that the issue was related to the URL and spelling. Ex.1. When the problem persisted across internet platforms (Google Chrome, Safari, and Firefox), because she believes in timely filing, Kotulski sent the motion via email directly to the Honorable Judge Jeffrey Meyer of the District of Connecticut and the Honorable Chief Judge Debra Livingston of the Second Circuit. Ex.2. Because she remained seized of the matter through November 15, she updated the judge on the issues pertaining to PACER—to include an IC3.gov complaint. Ex.3. After discussions with various staff members of the District Court, during which she asserted that there was likely malice involved with preventing this filing, she was able to successfully upload the document at 12:33 p.m. after scanning it into a PDF with her newly acquired Adobe Acrobat. Earlier in the day on November 14, 2023 at around noon, Kotulski was required to purchase this

application by the Second Circuit intake team in order to proceed with this case at that level because it provides a searchability feature. Kotulski still questions the willfulness of the filing prevention due to her expertise in the federal and international policies and laws pertaining to cyber security, cyber military engagements and other cyber activity that she has perfected since 2012 when she first attended a panel requiring clearance for attendance at Georgetown University in Washington, DC. with her then-fiancé, an attendee of the Boren Scholars program. The issue was corrected with the present document as it was uploaded without needing to scan the PDF manually from a scanner.

In response to those two emails, which he labeled "numerous," Judge Meyer issued an order to Kotulski for such filing issues to be directed to his Courtroom Deputy, Diahann Lewis. Dkt.54. This "enumeration" may also include the email exchanges concerning Rule Changes to Brett Parker, that led up to a motion and subsequent order denying relief to Plaintiff's request for a simple list of rule changes as promised by Fed. R. Civ. P. 83. Ex.4. Fearful of Mirabelle's aggressions against individuals who crossed him, first voiced to her in January 2023, and in response to a threat by that family's attorney, Kotulski made sure to inform the Court that she was likely going to file on October 6, 2023. Ex.5. At no time did any member of the Court give her a verbal warning to cease such emails.

Kotulski is grateful for the good efforts of various Court staff for helping to ensure the filing was submitted. Dkt.53.

                                                  Respectfully submitted,

Dated: November 16, 2023                By:    PLAINTIFF,
                                                                          MELISSA A. KOTULSKI

By     /s/ Melissa A. Kotulski
99 Robbins Drive
Wethersfield, Connecticut 06109
Tel: (860) 721-8833

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document will be served by **certified mail** to:

Anthony P. Mirabelle
c/o Officer Tory Marsden
Prospect Police Department
8 Center Street
Prospect, Connecticut 06712

Dated: November 16, 2023        /s/ Melissa A. Kotulski
                                MELISSA A. KOTULSKI

EXHIBIT 1.  ERROR MESSAGE SUPPOSEDLY STOPPING THE FILING



# Object not found!

The requested URL was not found on this server. If you entered the URL manually please check your spelling and try again.

## Error 404

EXHIBIT 2.  EMAIL 1 TO JUDGE'S CHAMBERS

**From:** Melissa Kotulski <melissa@internationalattestations.com>
**Sent:** Tuesday, November 14, 2023 9:27 PM
**To:** Judge Jeffrey Meyer email address
**Cc:** Judge Debra Livingston email address
**Subject:** Motion for Reconsideration

Dear Judge Meyer:

Attached please find the motion that I have attempted to upload this evening.  For some reason it is not being transmitted via PACER.  I will try again in the morning.

Please also note, that I think the control of the docket submissions at the Second Circuit is very problematic.  That Court has a supposed new system for docketing...

Such control of my docket submissions is neither necessary nor has ever been corrected to cause such suppression of materials by this pro se plaintiff.  I respond well to corrections without such excesses.

Best wishes,

Melissa A. Kotulski

President

International Attestations, LLC

Phone: (860) 721-8833

https://internationalattestations.com/blog

**From:** Melissa Kotulski <melissa@internationalattestations.com>
**Sent:** Wednesday, November 15, 2023 11:11 AM
**To:** Judge Jeffrey Meyer email address
**Cc:** Judge Debra Livingston email address
**Subject:** Re: Motion for Reconsideration

Dear Judge Meyer,

Just an update to let you know that the Motion for Reconsideration is not uploading on PACER still.

I spoke to one of your clerks (Anne?) and she was unable to help.

I was told that there's nothing your Court can do to fix it, and then she offered (maliciously?) to file it for me if I bring it into the Court.

I often think about the scene from the *Untouchables* when Kevin Costner's character plays judge, jury and executioner for a man with whom his character had a rivalry by pushing him off a building after he confessed to killing his partner. The man, although unsavory, was not permitted to file in the Courts.

I have done nothing to deserve such malice. I have ALWAYS tried to negotiate the systems that I understand—starting with educational systems early in my career and now legal systems as well.

I was able to repair tech issues with the Second Circuit without delay or problems.

Help?

Best wishes,

Melissa A. Kotulski

President

International Attestations, LLC

Phone: (860) 721-8833

https://internationalattestations.com/blog

Phone Numbers from the calls:  Court's held desk:  New Haven -- (203) 773-2140; Hartford -- (860) 240-3200.

Exhibit 1. IC3.gov report

I have been trying to file a motion on PACER in the U.S. District Court of the District of Connecticut, and I am receiving an supposed error message about the document.  I believe this is a false message to prevent me from filing.  When I called the clerk about the message, she was not able to help.  The only thing she could offer was to permit me to file motions in New Haven.  The substance of the motion relates to the fact that the jurisdiction should be in Hartford and not in New Haven.  Further, it posits that the judge may have been assigned with a conflict of interest.  Kindly help them to fix this message.

EXHIBIT 4.  RULE CHANGE EMAIL EXCHANGES

**From:** Melissa Kotulski <melissa@internationalattestations.com>
**Sent:** Monday, November 6, 2023 5:03 PM
**To:** Brett Parker <Brett Parker>
**Subject:** Re: Rule Changes

Hi Brett,

It's strange that the Court is not keeping a record of its own rule changes.  So far the clerk's office is unaware of what the rule changes are.

I will send a note to the Judge on the matter if that helps obtain the requested history of the notice and comment period pertaining to the rule changes at the District Court of Connecticut?

Also, I see that the case has not been docketed at the 2nd Circuit yet.  That's surprising.  I wonder what's going on...

Hope you had a great Monday.

Best wishes,

Melissa A. Kotulski

President

International Attestations, LLC

Phone: (860) 721-8833

https://internationalattestations.com/blog

**From:** Melissa Kotulski <melissa@internationalattestations.com>
**Sent:** Monday, November 6, 2023 12:44 PM
**To:** Brett Parker <Brett Parker>
**Subject:** Re: Rule Changes

Interesting that it comes down to ethics for this query.  I wonder which provision you are expressly citing to?

Please note that the Clerk of Court is someone with whom I have directly comments on rules in the past.

https://internationalattestations.com/blog/f/comment-on-supreme-court-rules

Stemming with this commencement starting as far back as Autumn 2013—ten years ago, in fact, if you can believe it.

As for the Clerk, I really appreciate your direction to them.  I will call them later today.

Best wishes as always and send my good will to the Judge as well, please.

Melissa A. Kotulski

President

International Attestations, LLC

Phone: (860) 721-8833

https://internationalattestations.com/blog

---

**From:** Brett Parker <Brett Parker >
**Sent:** Monday, November 6, 2023 12:23 PM
**To:** Melissa Kotulski <melissa@internationalattestations.com>
**Subject:** RE: Rule Changes

Dear Melissa,

I appreciate your frustration, but I'm afraid professional ethics prohibit me from answering those types of questions.

I have inquired with the Clerk's office, and they have directed me to refer you to them. While they also cannot provide legal advice, they have greater latitude that I do to point you in the right direction. You can contact them at 203-773-2140. I would recommend calling rather than trying to email the Clerk of the Court – the Clerk oversees a large administrative staff who routinely handle case-related inquiries.

Best,
Brett


**From:** Melissa Kotulski <melissa@internationalattestations.com>
**Sent:** Monday, November 6, 2023 10:31 AM
**To:** Brett Parker <Brett Parker>
**Subject:** Re: Rule Changes

**CAUTION - EXTERNAL:**


Thank you for your note.

First of all, I have never sought legal advice from you. Suggesting otherwise to me or Judge Meyer is problematic. As a citizen who sought the history of a rule change, that is not a difficult question to ask.

Where are the rule changes archived?  Who might have the answer to the question at the district court?

I'm not asking you to interpret the rules at all. I've made comments on rule changes in other jurisdictions. It leads me to question: Why doesn't your jurisdiction retain those records? And why is it being obfuscatory about it?

That's not legal advice.

Further, might you check the transfer of the case and see what just reason there might be for delay to the second circuit?

Thank you again for your attention to this case.

Melissa

Sent from my iPhone


On Nov 6, 2023, at 9:56 AM, Brett Parker <Brett Parker email> wrote:

Dear Melissa,

I hope you had a pleasant weekend!

Unfortunately, as an employee of the judicial branch, I am not permitted to assist a litigant in any way in preparation for any legal proceeding. As I'm sure you'll understand, the rules of professional conduct mandate that those working at the court maintain strict impartiality between parties. In particular, I cannot point a litigant towards any resources they might use to argue their case before this court or any other court.

I understand that this response is probably frustrating, and I apologize that I cannot be more helpful.

Best,

Brett Parker

**From:** Melissa Kotulski <melissa@internationalattestations.com>
**Sent:** Saturday, November 4, 2023 11:12 AM
**To:** Brett Parker
**Subject:** Rule Changes

**CAUTION - EXTERNAL:**


Dear Brett:

Thank you for taking my calls as we closed the case at the District Court on Wednesday. I appreciate that your Court sent the materials to the Second Circuit. They haven't docketed it yet, but...

Meanwhile, in preparation for my argument above, I would like all materials related to the rule changes pertaining to Local Rule 16 status and settlement conferences. Where does the District Court "house" the history of said rule changes? I see it was last updated on November 7, 2016). Further, if you have the ability to share the comments on this rule's changes since its inception in the District of Connecticut, it would be greatly appreciated.

Thank you for your attention to this matter. I hope you are having a great weekend.

Kind regards,

Melissa A. Kotulski

President

International Attestations, LLC

Phone: (860) 721-8833

https://internationalattestations.com/blog

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

EXHIBIT 5.  OCTOBER 6TH OUTREACH TO THE COURT BEFORE FILING

**From:** Melissa Kotulski <melissa@internationalattestations.com>
**Sent:** Friday, October 6, 2023 6:11 AM
**To:** 10 Clerks in New Haven & Hartford District Courts
**Subject:** Potential Pending Lawsuit

Dear Clerks of the U.S. District Court of the District of Connecticut:

I likely have a pending complaint proceeding against my ex-boyfriend and his family.  I am in good faith giving them the opportunity to be heard and to negotiate convincing me otherwise.  I am confident, due to past behaviors, that they will not provide such an outreach—whether directly or through legal counsel.

Until that time, I ask for protection of sorts—in that this is my placeholder for the potential complaint.  I made the decision to do this very late in the day on September 30, 2023.  Should I be harmed or killed before I submit the complaint, please ask my mother Joanne L. Kotulski (860-604-3870), who she suspects is the problem.

Thank you for your attention to this email.

Sincerely,

Melissa A. Kotulski
President, International Attestations, LLC
Phone: (860) 721-8833
https://internationalattestations.com/blog

cc Clerks of Judge Underhill (Bridgeport); Judge Shea (Hartford), Judge Meyer (New Haven);

bcc purported attorney for the proposed respondents; my stepmother of my deceased father who died in 2009 who works for the NLRB; my brother whose family of choice has worked in this jurisdiction